tioner. *Paul R. Scott, A. L. McCarthy, Robert H. Anderson* and *Scott M. Loftin* for respondent.

No. 66, Misc.  SOULIA *v.* O'BRIEN, WARDEN.  Superior Court of Hampden County, Massachusetts.  Certiorari denied.  *Joseph J. McGovern* and *Margaret F. McGovern* for petitioner.  *Francis E. Kelly,* Attorney General of Massachusetts, and *Henry P. Fielding,* Assistant Attorney General, for respondent.

No. 101, Misc.  PICKETT *v.* TEXAS.  Court of Criminal Appeals of Texas.  Certiorari denied.  *M. Gabriel Nahas, Jr.* for petitioner.  *Price Daniel,* Attorney General of Texas, and *David B. Irons,* Administrative Assistant Attorney General, for respondent.

No. 124, Misc.  SEGER ET AL. *v.* ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 130, Misc.  PENNSYLVANIA EX REL. ALMEIDA *v.* BALDI, SUPERINTENDENT.  Supreme Court of Pennsylvania.  Certiorari denied.  Petitioner *pro se. Charles J. Margiotti,* Attorney General of Pennsylvania, *Randolph C. Ryder, Harrington Adams, George W. Keitel,* Deputy Attorneys General, *Colbert C. McClain* and *John H. Maurer* for respondent.

No. 164, Misc.  WATWOOD *v.* BRADFORD ET AL.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.

No. 180, Misc.  LENOBLE *v.* KANE, NOW HALPIN, ADMINISTRATRIX.  C. A. 2d Cir.  Certiorari denied.  *Jacob W. Friedman* for petitioner.  *Robert D. Marcus* for respondent.